IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Wade Andrew Albright, | ) |
| | ) Cr. No. 3:15-0088 |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER AND OPINION** |
| United States of America, | ) |
| | ) |
| Respondent. | ) |

Movant Wade Andrew Albright is an inmate in custody of the Federal Bureau of Prisons who currently is incarcerated at FCI-Edgefield in Edgefield, South Carolina. On June 1, 2018, Movant, proceeding pro se, filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. He also filed motions to proceed in forma pauperis and to appoint counsel. On July 2, 2018, Respondent United States of America filed a motion to dismiss, asserting that the § 2255 motion is untimely or, alternatively, without merit.

On July 12, 2018, Movant filed a motion to withdraw his § 2255 motion without prejudice. Respondent does not object to the motion. Accordingly, Movant's motion to withdraw (ECF No. 112) is **granted**, without prejudice. Movant's motions to appoint counsel (ECF No. 105) and to proceed in forma pauperis (ECF No. 106) are **denied as moot**.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

October 10, 2018